AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The Human Body of Rodney Allen ROBBINS, II
5911 MacDuff Drive, #1709
Trotwood, OH 45426

Case No. 2:19-mj-449

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Rodney Allen ROBBINS, II (dob 6/1/1999)

located in the **Southern** District of **Ohio**, there is now concealed *(identify the person or describe the property to be seized)*:
Oral buccal swabs for a DNA sample

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1951 | Interference with Interstate Commerce through Robbery |
| 18 USC 924(c) | Brandishing a Firearm During a Crime of Violence |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
TFO 6551
ATF TFO Brian V. Boesch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 5, 2019

*Judge's signature*

City and state: Columbus, OH
Magistrate Judge Elizabeth Preston-Deavers
*Printed name and title*

Page 1

I, Brian V. Boesch, a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), hereinafter the affiant, being duly sworn, states:

1. Your affiant is assigned as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives and has been so assigned for the past five years. Your affiant has conducted and participated in numerous investigations of state and federal law as a part of the ATF and as a robbery detective for the Columbus Division of Police (CPD) that have resulted in convictions for violations of state and federal law. Your affiant has been a sworn police officer for over twenty-four (24) years and currently investigates violent crime, specifically armed business robberies and firearms violations.

2. On October 15, 2018 at 3:30pm, a male black suspect entered the Rite Aid pharmacy located at 900 Union Blvd. Englewood, OH 45322. The suspect was wearing a gray hooded sweatshirt and gray sweatpants with white cloth gloves. The suspect approached the pharmacy counter and presented the pharmacy technician, Caroline Trimner, and handed her a handwritten note. The note stated that it was an armed robbery and demanded a specific list of medications. The note further stated that the suspect had a gun and was ready to shoot anyone.

3. Ms. Trimner placed several bottles of medication into a bag and handed it to the suspect. The suspect then fled out of the back door. One of the bottles of medication contained a GPS tracker. The tracker was relaying the location of the bottle to the police dispatcher, who in turn alerted the responding officers. Englewood Police Officers Tharp and Wendling observed a silver Chevy Impala that was driving recklessly at a high rate of speed. The vehicle ran a red light at Westbrook Rd. and Denlinger Rd. and lost control a short distance later. The vehicle crashed into a culvert and the driver fled. He was apprehended a short distance away and identified as Philmore B. ALEXANDER.

4. The passenger, later identified as Rodney ROBBINS, II, was injured and trapped in the backseat of the vehicle. The Trotwood Fire Department responded and extracted ROBBINS from the vehicle and transported to the hospital. From the vehicle, Officer Wendling recovered the sweatshirt and the white cloth gloves ROBBINS wore inside the Rite Aid when he robbed the pharmacy. The stolen medications were also located in the car. The gloves were submitted to the Miami Valley Crime Lab to be examined for the presence of DNA.

5. On January 28, 2019, the crime lab notified Detective Collins of the results of the examination. Forensic Scientist Rachel Newton found a DNA sample and preserved the results for comparison to a suspect standard.

6. **Interstate Nexus for Rite Aid** – Rite Aid Corporation is a drugstore chain in the United States and is headquartered in Camp Hill, Pennsylvania. Rite Aid is the third largest drug

Page 2

store chain in the United States. Rite Aid obtains their prescription medication from all of the major pharmaceutical companies. Their stock is exchanged on the New York Stock Exchange. Rite Aid engages in interstate commerce with numerous companies and utilizes telecommunication lines to conduct credit card transactions.

7. Therefore, your affiant respectfully requests a search warrant to obtain oral buccal swabs from the mouth of Rodney Allen ROBBINS, II to compare DNA from the swabs to the DNA recovered from the white cloth gloves taken from the car he was extracted from.

_____
Signature of Complainant
Task Force Officer (TFO) Brian V. Boesch

Sworn to before me and subscribed in my presence,

June 5 , 2019, at Columbus, OH

_____
Elizabeth Preston-Deavers
United States Magistrate Judge, Southern District of Ohio